```
RubenD. Ramirez
3311 S Volney st
Stockton Ca 95206
209-808-8411


Ruben D Ramirez, IN PRO PER




            UNITED STATES BANKRUPTCY COURT

            EASTERN DISTRICT OF CALIFORNIA

                       SACRAMENTO




Ruben D Ramirez,              ) Case No.17-26861-D-13
                              )
        Plaintiff,            ) CHAPTER 13
                              ) Adversary proceeding No
    vs.                       ) 17-0222-D
                              ) Plaintiffs Respones to motion
Caliber Home loans            ) to Dismiss.
                              ) Argument
Summit Trustee Services       )
                              ) Date march 13,2018
Summit Management LLC,          Time       10:00 Am
                                Courtroom  34
David T. Biderman

Thomas N.ABBOTT

PERKINS COIE LLP.

505 Howard st.

San Francisco ca 94105

        Defendant
```

FILED FEB 28 2018 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

## INTRODUCTION

The premises of the defendants motion to dismiss is that the plaintiff could not avail himself of the protection of the chapter 13 of the bankruptcy code and therefore, they (defendants) had the right to disreguard the automatic stay and sale the subject property at auction.
This premise is wrong and contrary to the ruling espoused in Fannie Mae v.Griffin (in re griffin),489 B.R.638,(Bankr. D.MD 2013), where the court noted that the debtor was allowed under 11 U.S.C.section 1322(c)(2) to avail himself of the protections of the bankruptcy code,even though he didn't own the house, but was a heir to the house.The law is clear, if an individual stands to inherit any real estate that is about to be foreclosed, filing for Bankruptcy will stop the foreclosure and help the beneficiary reorganize the debts by paying the mixed mortgage payments in a chapter 13 plan. The defendants took it apon themselves to deny the plaintiff the opportunity to file a chapter 13 plan and keep his home.

## STATEMENT OF FACTS

The automatic stay involving my fathers Estate being the property located at 3311 Volney st. Stockton ca, 95206 Was in fact protected at the time I filed for protection under 11 U.S.C. Chapter 13 bankruptcy protection.

On October 18, 2017 Despite the fact as pointed out in this entire pleading, That the Ramirez family tried to remdy according to Law, work out a payment plan to pay the owed balance on there Late Fathers loan But were Denied by Caliber Home Loans and Summit Management LLC.

On there own Documentation Caliber Homeloans Clearly State that they Had done and filed and have performed all do diligence in accordance to Cal civil code 2923.55(f) Which to date has been reapealed and isn't valid.

This statement provided by Caliber Home loans Inc. is not true! Dated May 4, 2017 doc# 1

To this date The Ramirez Family and myself Ruben D Ramirez have all sapporting documentation showing this Entire loan being Payed off Entirely. In the Summ of 58,000.00 Fifty eight thousand US Dollars. Dating back from 2000, up until 2017. Doc.2

Theres clearly Several Violations of Lending Practices Ca. Resspa, and several others and a continued trail of wrong doing.

To Date, this is a clear case of how American families to date" are living in Tents throughout America and being thrown on the streets Senior Citizens, Children, Mothers, Fathers, whom all are not on any" and I repeat, "Any type of Drugs or Illegal Substances at all!

This again' a Major Multi Million Dollar Company Caliber Home Loans Inc.Contributing to This God forsaken task of sending hard working Elderly Folks to the streets to live.

**1. How is it, that no one to date as of September 29,1995 New that this Line of credit for 43.000.00 taken out by my father has been satisfied by a barrage of payments dating back to 2000 through 2017? In the sum of 58.000.00$ Payed to Beneficial, HFC, and Caliber.**

**2. Do Dilligence would've let you know that in fact my True and Correct name is in fact Ruben Eugene Donald Ramirez.**

**3.My fathers Death Cirtificate will reflect this information.**

- 2 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

The cause of action for violation of the Automatic stay
Is proper. And defendants should be held to answer.
And pay all applicable penalties arising out of these and any
Other Violation found to be true in this matter.

**Ruben Ramirez was and is entitled to Chapter 13 Bankruptcy Protection under 11 U.S.C. section 362(k)**

Further to state that at the time of the Stay Harm Did take place.

The property was sold to a George W. Harris dba. RTH Visailia LLC.

Which prevented the family from being able to perform anything or to repair the home coming into the winter mounths so as, to not become victims of **BLACK MOLD AND ALL OTHER ILLNESES CONNECTED TO BEING EXPOSED TO COLD WET DENSE AND LIFE THREATNING WHEATHER.**

All hopes were completely shadderd every sinse Caliber Home loans Inc And Summit Trustee Services and or Summit Management LLC. Sold our home at public Auction on October 18, 2017.

Ruben Ramirez Dose in fact have a possessory right
As well, as a protected interest in his Fathers Estate
Real and personal property and was in fact protected by
the automatic stay provided by Chapter 13 Bankruptcy protection.

For these reasons there motion to dismiss for Failure to state a claim on which relief can be granted should be denied.

- 3 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

PRAYOR FOR RELIEF

After a stipulation or determination by the courts that in fact the law has been broken a violation of the Automatic stay has been in any way violated or disturbed. We pray that this court uses its widest discresion under its Authorirty to grant judgment in favor of the Ramirez Family and the Estate of Alois Ramirez.

A. We pray for full Reconveyance of said foreclosed deed of trust used in this matter to foreclose on said 3311 Volney St.Stockton ca,95206

B. All judgements and Unlawfull Detainer judements by George W. Harris dba RTH Visailia LLC be vacated by this court.as well as all Law Suits filed because of said actions.

C. All Punitive damages applicaple by the Law and this copurt.

D. Money damages in the amount of 950.000.00 Nine hundred fifty thousand dollars to be awarded to the Family and or the Estate of Alois Ramirez.

E. And any equitable relief deemed fair by this court.

BY: Ruben Eugene Donald Ramirez
02/28/2018

*Ruben Eugene Donald Ramirez* (signature)

2-28-2018

- 4 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

# THREE DAY NOTICE TO QUIT

TO **A Lois Ramirez, Stella Ramirez & all occupants**
and all other tenants in possession of the premises describes as:

Address **3311 Volney St**

(City **Stockton 95206**, County **San Joaquin**, California

NOTICE IS HEREBY GIVEN that within three (3) days after service on you of this notice, you must quit and surrender possession of the premises described above to the owner or the owner's agent. If you fail to vacate and surrender possession of the premises within the three-day period, legal proceedings will be commenced against you to recover possession of the premises, and to recover a judgment for TREBLE damages for your unlawful detention of the premises, together with costs of suit.

You are remaining in possession of the premises after title has been transferred to the owner, and said title has been duly perfected by recording the deed with the county clerk, and you remain in possession without the permission of the owner. This notice is served pursuant to California Code of Civil Procedure Section 1161a (b).

**Purchased @ Public Auction 10/18/2017**

Dated this **9th** day of **Nov**, 20**17**

RTH Visalia LLC
POB 1536
Brentwood CA 94513

**George Harris**
Owner/Manager/Agent of Owner
DBA: RTH Visalia LL
209-986-1827

## PROOF OF SERVICE

I, the undersigned, being at least 18 years of age, declare under penalty of perjury that I served the above notice, of which this true copy, on the above-mentioned tenant(s) in possession in the manner(s) indicated below:

☐ On _____, 20__, I handed the notice to the tenants.

☐ On _____, 20__, after attempting personal service, I handed the notice to a person of suitable age discretion at the tenant's residence/business.

☒ On **11-9**, 20**17**, after attempting service in both manners indicated above, I posted the notice conspicuous place at the tenant's residence.

☒ On **11-9**, 20**17**, I deposited a true copy of the notice in the United States Mail, in a sealed envelope postage fully prepaid, addressed to the tenant at his place of residence.

Executed on **11-9**, 20**17**, at the City of **Stockton**, County of **San Joaqui** State of California.

Served by **TJ Erlandson**    209-483-1032
Reg# 95139
POB 5425
Stockton, CA 95205

ndlord's Legal Line
p://www.wimer.net/landlord
ndlord@wimer.net
pyright 1997

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN |  |
|---|---|
| Superior Court San Joaquin<br>180 E Weber Avenue<br>180 E Weber Avenue<br>Stockton, CA 95202 |  |
| SHORT TITLE: George W. Harris dba RTH Visalia LLC  vs  Alois Ramirez et al. | |
| **NOTICE THAT YOU HAVE BEEN SUED**<br>**Unlawful Detainer** | CASE NUMBER:<br>STK-CV-LUDR-2017-0012287 |

A lawsuit has been filed against you by your landlord or the owner of the property where you live. YOU MAY BE EVICTED AS A RESULT OF THIS LAWSUIT

*Under the law, a limited number of people can look at the court records about this case for the next 60 days.* These include the court index, register of actions, and other court records. You, your lawyer (if you have one), your landlord or property owner, and his or her attorney can view this information. The court file can also be seen by any other person who can:

(1) Tell the court clerk the name of one plaintiff (the person suing you) and one defendant (you or any other tenant). That person must also tell the court clerk your address, including the apartment, unit, or space number, or

(2) Tell the court clerk the name of the plaintiff (the person suing you) or a defendant (usually a tenant) in this lawsuit, or the case number and can show proper identification that proves that he or she lives at the address described in the complaint, or

(3) If the person wanting to view the file gets an order from a judge (this may be done without a court hearing).

The State Bar of California certifies lawyer referral services in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

**COURT STAFF CANNOT GIVE YOU LEGAL ADVICE. FOR LEGAL ADVICE, YOU MAY CALL:**
**PARA CONSEJO LEGAL EN SU CASO, USTED PUEDE LLAMAR:**

- **San Joaquin County Bar Association (209) 948-4620**
- **California Rural Legal Assistance (209) 946-0605 (Low Income Requirement)**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN<br>Superior Court San Joaquin<br>180 E Weber Avenue<br>180 E Weber Avenue<br>Stockton, CA 95202 | |
|---|---|
| SHORT TITLE: **George W. Harris dba RTH Visalia LLC vs Alois Ramirez et al.** | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>STK-CV-LUDR-2017-0012287 |

I certify that I am not a party to this cause. I certify that a true copy of Notice that you have been sued was mai[led] following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated belo[w]. The mailing and this certification occurred in Stockton, California, on 11/17/2017.

Clerk of the Court, by: _Angela Constantino_, Depu[ty]

All Occupants
3311 Volney Street
Stockton, CA 95206

Alois Ramirez
3311 Volney Street
Stockton, CA, 95206

Stella M. Ramirez
3311 Volney Street
Stockton, CA, 95206

# SAN JOAQUIN COUNTY
## PUBLIC HEALTH SERVICES
### STOCKTON, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

| Field | Value |
|---|---|
| Name | ALOIS MORENO RAMIREZ |
| Date of Birth | 09/16/1923 |
| Age | 72 |
| Sex | M |
| Date of Death | 04/03/1998 |
| Hour | 1358 |
| State of Birth | TX |
| Social Security No. | 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 |
| Military Service | Yes |
| Marital Status | WIDOWED |
| Education | 7 |
| Race | WHITE |
| Hispanic | Yes MEX/AM |
| Usual Employer | LIVINGSTON STEEL |
| Occupation | IRON WORKER |
| Kind of Business | STRUCTURAL STEEL |
| Years in Occupation | 20 |
| Usual Residence | 3311 VOLNEY STREET |
| City | STOCKTON |
| County | SAN JOAQUIN |
| Zip | 95206 |
| Yrs in County | 42 |
| State | CA |
| Informant | RUBEN RAMIREZ – SON, 7100 E. EVANS, #429A, DENVER, CO 80222 |
| Father | ELOY RAMIREZ, TX |
| Mother | CORLOTA MORENO, TX |
| Date of Disposition | 04/09/1998 |
| Place of Final Disposition | SAN JOAQUIN CATHOLIC CEMETERY, HARDING WAY/CEMETERY LN., STOCKTON, CA 95204 |
| Type of Disposition | BU |
| Embalmer License | 5365 |
| Funeral Director | FRISBIE-WARREN & CARROLL |
| FD License | FD328 |
| Registrar Date | 04/08/1998 RAW |
| Place of Death | SAN JOAQUIN GENERAL HOSP. |
| Address | 500 W. HOSPITAL ROAD |
| County | SAN JOAQUIN |
| City | FRENCH CAMP |

**Cause of Death:**
- (A) Immediate Cause: CARDIOPULMONARY ARREST — MINS.
- (B) Due to: STAPHYLOCOCCAL SEPSIS — DAYS
- (C) Due to: LIVER FAILURE — WEEKS

Other Significant Conditions: COAGULOPATHY

Biopsy Performed: No
Autopsy Performed: No
Death Reported to Coroner: No

**Physician's Certification:**
- Decedent Attended Since: 03/31/1998
- Decedent Last Seen Alive: 04/03/1998
- License No.: A063870
- Date: 04/03/1998
- Attending Physician: GEORGE SHAHINIAN, MD, 500 W HOSPITAL RD, FRENCH CAMP, CA, 95231

STATE REGISTRAR: 162214
FAX AUTH. #: 38036

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA
COUNTY OF SAN JOAQUIN } SS

This is a true and exact reproduction of the document officially registered and placed on file with San Joaquin County Public Health Services.

KAREN FURST, M.D.
LOCAL REGISTRAR

DATE ISSUED: 04/08/1998

This copy not valid unless prepared on engraved border disclosing date and signature of Registrar.

Filed 02/28/18    Case 17-02222    Doc 18

Summit Trustee Services
2763 Camino Del Rio S., 1st Fl
San Diego, CA 92108



7196 9002 3371 0018 3200

CA-17-8432-CS
Occupant / Resident
3311 VOLNEY ST
STOCKTON, CA 95206

Rober
720 436 9139

Cee

855-794-1579





EXIBITS

(1) CALIBER HOME LONN DO DILLEGENSE DECLARATION  See ex H. 25-of 29. Filed.
(2) RECEIPTS FROM 18 YEARS OF PAYMENTS  to come.
(3) ALOIS RAMIREZ DEATH CIRTIFICATE  include
(4) SUMMIT TRUSTEE SERVICES FORCLOSURE FACE SHEET  includes
(5) EVICTION UNLAWFULL DETAINER INFO FILED BY GEORGE W HARRIS RTH VISALIA LLC.  in. £3

- 2 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)